JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANGKOK BROADCASTING & T.V. CO., LTD., a Thailand corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMORNSRI PETCHARAWUTHIKRI, an individual, TIP T. PETCHA, an individual, THE PETCHA FAMILY TRUST ESTABLISHED UNDER THE DECLARATION OF TRUST DATED FEBRUARY 17, 2004, and DOES 1-5,<br><br>Defendants. | Case No. 2:10-cv-07474-RGK-FFM<br><br>**[PROPOSED] ORDER LIFTING STAY AND DISMISSING COMPLAINT WITHOUT PREJUDICE** |

The Court having considered Plaintiff Bangkok Broadcasting & T.V. Co., Ltd.'s ("Plaintiff's") Response [Doc. No. 11] to the Court's Order to Show Cause re Dismissal re Lack of Prosecution [Doc. No. 9] and Plaintiff's Notice of Dismissal of Complaint without Prejudice Pursuant to FRCP 41(a)(1) and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the stay imposed by the Court as to defendant Tip T. Petcha by virtue of her bankruptcy case [*see* Doc. No. 10] is lifted; and

/ / /

/ / /

Baker & McKenzie LLP
12544 High Bluff Drive,
Third Floor
San Diego, CA 92130
+1 858 523 6200

SDODMS1/712766.1

1

Case No. 2:10-cv-07474-RGK-FFM
[PROPOSED] ORDER LIFTING STAY AND DISMISSING COMPLAINT WITHOUT PREJUDICE

**IT IS FURTHER ORDERED** that the Plaintiff's complaint is dismissed as to all defendants without prejudice.

**IT IS SO ORDERED.**

Dated: June 7, 2011

*/s/ Gary Klausner*
United States District Judge